674

Harold Mandelbaum, appellee, v. Aetna Acceptance Company, appellant. Gen. No. 34,441.

 Heard in the second division of this court for the first district at the June term, 1930. 
Opinion filed January 27, 1931. Rehearing denied February 7, 1931.
William S. Kleinman, for appellant. Walter Zittenfield, for appellee.
Mr. Justice Kerner delivered the opinion of the court.

Margaret Suess, appellee, v. Eastholm, Melvin & Yeager, Inc., appellant. Gen. No. 34,465.

Heard in the second division of this court for the first district at the June term, 1930. Opinion filed January 27, 1931.
Schuyler, Dunbar & Weinfeld and John A. Bloomingston, for appellant. Royal W. Irwin, for appellee.
Mr. Justice Kerner delivered the opinion of the court.

## SECOND DISTRICT.

M. J. Plonsker, appellee, v. Joseph Cabonargi, appellant. Gen. No. 8,183.

Heard in this court at the February term, 1930. Opinion filed September 30, 1930. Rehearing denied December 5, 1930.
Hall & Hulse and Gerrit T. Thorne, for appellant. J. A. Miller, for appellee; Sidney H. Block, of counsel.
Mr. Justice Jones delivered the opinion of the court.

T. J. Stahl and L. E. Hulse, trading as T. J. Stahl & Company, appellees, v. Wilbur Glenn Voliva, appellant. Gen. No. 8,208.

 Heard in this court at the May term, 1930. Opinion filed September 30, 1930. Rehearing denied January 5, 1931.
J. A. Miller and Sidney H. Block, for appellant; Sidney H. Block, of counsel. William E. Herr and George W. Field, for appellees.
Mr. Justice Jones delivered the opinion of the court.